UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL WILLIAMS,

    Plaintiff(s),

v.

BRIAN WILLIAMS, et al.,

    Defendant(s).

Case No.: 2:17-cv-01987-JCM-NJK

**ORDER**

[Docket No. 26]

Pending before the Court is Plaintiff's motion to substitute "Doctor Michael Minev" for "Defendant Chief Medical Officer." Docket No. 26.[1] For good cause shown, that motion to substitute is **GRANTED**.

The Court further **ORDERS** as follows:

- The Attorney General's Office shall file a notice, by September 27, 2019, advising whether it accepts service for Dr. Minev. If the Attorney General's Office accepts service for Dr. Minev, he must file an answer or other response to the complaint by October 28, 2019.

- If the Attorney General's Office does not accept service for Dr. Minev, it must file under seal his last known address by September 27, 2019. If the last known address is a post office box, the Attorney General's Office shall attempt to obtain and provide the

---

[1] The Court construes the filings of *pro se* litigants liberally. *See Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

last known physical address. If service cannot be accepted for Dr. Minev, Plaintiff must file a motion by October 14, 2019 identifying Dr. Minev, requesting issuance of a summons, and specifying a full name and address for him.

IT IS SO ORDERED.

Dated: September 19, 2019

_____
Nancy J. Koppe
United States Magistrate Judge