UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL WILLIAMS,<br><br>                Plaintiff,<br>   v.<br>NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>                Defendants. | Case No. 2:17-cv-01987-JCM-NJK<br><br>ORDER |

      Presently before the court is the matter of *Williams v. Nevada Department of Corrections et al.*, case number 2:17-cv-01987-JCM-NJK.

      Dr. Minev was substituted for "defendant chief medical officer" on September 19, 2019, (ECF No. 26; 27), and the attorney general's office accepted service on his behalf on September 27 (ECF No. 28). After this court granted summary judgment in defendant Brian Williams's favor (ECF No. 30), Dr. Michael Minev is the only defendant remaining in this action. Since this court's order, this case has stagnated.

. . .

. . .

. . .

. . .

. . .

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties shall file, within 14 days of this order, a status report regarding what, if any, action the court must take to help move this action toward resolution.

DATED July 15, 2020.

                                                JAMES C. MAHAN
                                               UNITED STATES DISTRICT JUDGE